March 11, 2005

Ms. Rebecca M. Alcantar
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1201 Elm Street, Suite 5000
Dallas, TX 75270

Mr. Britton D. Monts
Monts & Ware, L.L.P.
1701 North Market, Suite 330
Dallas, TX 75202
Honorable Steve Mason King
100 West Weatherford
Fort Worth, TX 76196-0241

Ms. Kelcie A. Hibbs
Loe Warren Rosenfield Kaitcer & Hibbs, P.C.
P. O. Box 100609
Fort Worth, TX 76185-0609

RE: Case Number: 04-0140
 Court of Appeals Number: 02-03-00384-CV
 Trial Court Number: 02-2865-A-1

Style: IN RE OMNI HOTELS MANAGEMENT CORPORATION AND OMNI HOTELS
 FRANCHISING COMPANY, L.L.C.

Dear Counsel:

 Today the Supreme Court of Texas denied the petition for writ of
mandamus and delivered the enclosed per curiam opinion in the above-
referenced case.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Suzanne |
| |Henderson |
| |Ms. Stephanie |
| |Lavake |